# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY RIVERA, | Case No: 8:20-cv-00926-SP |
| Plaintiff | **JUDGMENT** |
| v. | |
| ANDREW SAUL, Acting Commissioner of Social Security, | |
| Defendant. | |

Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order of Remand.

DATE: April 28, 2021

THE HONORABLE SHERI PYM
United States Magistrate Judge

-1-