IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

SHIRLEY RIVERA,
    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,
    Defendant.

Civil Action No.: 8:20-cv-926-SP
Magistrate Judge Sheri Pym

**ORDER AWARDING EQUAL ACCESS TO JUSTICE
ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d)**

Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $7,200.00, as authorized by 28 U.S.C. §2412, be awarded subject to the terms of the Stipulation.

Dated: July 29, 2021

_____
Magistrate Judge Sheri Pym